# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIRWAY IP, LLC<br><br>      Plaintiff,<br><br>  vs.<br><br>PROSOFT TECHNOLOGY, INC.<br><br>      Defendant. | Case No: 1:20-CV-01057-NONE-JLT<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>(Doc. 8) |

    Based upon the stipulation of the parties, the Court GRANTS the stipulation (Doc. 8) allowing the defendant until December 2, 2020 to file a responsive pleading.

IT IS SO ORDERED.

    Dated: __October 27, 2020__              __/s/ Jennifer L. Thurston__
                                                           UNITED STATES MAGISTRATE JUDGE